UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRONX MIRACLE GOSPEL TABERNACLE WORD
of FAITH MINISTRIES,

                Appellant,

                                                          22 civ 3872 (JGK)

    -against-

DEBORAH J. PIAZZA,

                Appellee,
------------------------------------------------------------X

JOHN G. KOELTL, DISTRICT JUDGE:

    A bankruptcy appeal in this action has been filed with the Court.

    It is hereby ordered that:

    1) The appellant shall serve and file a brief with any supporting papers by **June 13, 2022.**

    2) Response(s) to the appellant's brief shall be served and filed by **July 5, 2022.**

    3) Any replies to the response(s) shall be served and filed by **July 19, 2022.**

    The Court will contact the parties shortly thereafter for oral argument.

**SO ORDERED.**

                                                                    **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         May 16, 2022